IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02874-BNB

CLIFFORD N. WOODS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF DISMISSAL

    Petitioner, Clifford N. Woods, currently is detained at the El Paso County Criminal Justice Center in Colorado Springs, Colorado.  Mr. Woods, acting *pro se*, initiated this action by filing a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and a Prisoner's Motion and Affidavit Pursuant to 28 U.S.C. § 1915.  In an order entered on November 10, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Woods to cure certain deficiencies.  Specifically, Magistrate Judge Boland directed Mr. Woods to submit his claims and his request to proceed pursuant to § 1915 on the  Court-Approved forms that are used in filing 28 U.S.C. § 2254 habeas actions.  Magistrate Judge Boland warned Mr. Woods that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Rather than cure the deficiencies, Mr. Woods submitted a Motion for Prospective Relief that is unresponsive to the November 10 Order   Mr. Woods now has failed to submit his claims and his request to proceed pursuant to § 1915 on proper Court-approved forms within the time allowed.  Therefore, the action will be dismissed without

prejudice for failure to cure the noted deficiencies.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Petitioner files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma paupers* on appeal is denied.  It is

FURTHER ORDERED that no certificate of appealability shall issue because Mr. Woods has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  20th  day of     December     , 2011.

BY THE COURT:


   s/Lewis T. Babcock
   LEWIS T. BABCOCK, Senior Judge
   United States District Court