**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02874-LTB

CLIFFORD N. WOODS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    At issue is the Motion to Dismiss with Prejudice (Doc. No. 8) that Petitioner filed on December 22, 2011.  The Motion is DENIED as moot.  The action was dismissed on December 20, 2011.

Dated:  December 27, 2011